In the Matter of the Requested Extradition of Kevin John ARTT

United States of America, Appellee,

v.

Kevin John Artt, Appellant.

In the Matter of the Requested Extradition of Pol Brennan

United States of America, Appellee,

v.

Pol Brennan, Appellant.

In the Matter of the Requested Extradition of Terence Damien Kirby

United States of America, Appellee,

v.

Terence Damien Kirby, Appellant.

Nos. 97–10386, 97–10387 and 97–10390.

United States Court of Appeals, Ninth Circuit.

Filed Nov. 17, 2000

Before: GOODWIN, B. FLETCHER, and D.W. NELSON, Circuit Judges.

In the Matter of the Requested Extradition of Kevin John ARTT

United States of America, Appellee,

v.

Kevin John Artt, Appellant.

In the Matter of the Requested Extradition of Pol Brennan

United States of America, Appellee,

v.

Pol Brennan, Appellant.

In the Matter of the Requested Extradition of Terence Damien Kirby

United States of America, Appellee,

v.

Terence Damien Kirby, Appellant.

Nos. 97–10386, 97–10387 and 97–10390.

United States Court of Appeals, Ninth Circuit.

Filed Oct. 31, 2000

Before: GOODWIN, B. FLETCHER and D.W. NELSON, Circuit Judges.

## ORDER

The appeals are dismissed as moot in the cases of Kevin John Artt, No. 97–10386, Pol Brennan, No. 97–10387, and Terence Damien Kirby, No. 97–10390.

We remand to the district court with direction that it withdraw its opinion and order for extradition and dismiss the cases as moot upon the receipt of the United Kingdom's diplomatic note withdrawing its request for extradition of these appellants.

SO ORDERED.